UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Great Neck Saw Manufacturers, Inc.,

        Plaintiff,

  -v-                                            ORDER OF DISMISSAL
                                                  CV-06-6071(TCP)

Wireless Solution, LLC, et al.

        Defendant.

--------------------------------------------------------X

        IT IS HEREBY ORDERED, having been advised by defense counsel  on March 8, 2007 that the
 above case has settled, the case is dismissed.   The parties are to file a stipulation of discontinuance as
soon as possible.

        If settlement is not effected the Court will reopen the matter upon receipt of a written request.

        The Clerk of the Court is directed to mark this case closed.

                                                  /s/
                                              Thomas C. Platt
                                              U.S. District Judge

Dated: Central Islip, NY
        April 10, 2007